IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW MCNEAL,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br><br> **ARCELORMITTAL USA, INC.,** *et al.*, <br><br> Defendants. | **CIVIL ACTION** <br> **NO. 15-03517** |

## ORDER

**AND NOW**, this 29th day of December, 2015, upon consideration of the Motion for Reconsideration filed by Defendants ArcelorMittal USA, LLC and ArcelorMittal Plate LLC (collectively "Defendants"), (ECF No. 88), responses in opposition filed by Plaintiffs Matthew McNeal, Sean Flood, and Mark Tarloski, (ECF Nos. 89, 91), and Defendants' replies (ECF Nos. 90, 92), it is hereby **ORDERED** that Defendants' Motion for Reconsideration is **DENIED**.

.

        BY THE COURT:

        */s/ Gerald J. Pappert*
        GERALD J. PAPPERT, J.